**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| WILLIE B. BATES, | ) |
|        Plaintiff, | ) |
| vs. | )    NO. CIV-18-0065-HE |
| STVT-AAI EDUCATION, INC., d/b/a PLATT COLLEGE, | ) |
|        Defendant. | ) |

## JUDGMENT

In accordance with the order entered this date, judgment is entered in favor of defendant on plaintiff's claims.

**IT IS SO ORDERED.**

Dated this 6th day of February, 2019.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE